IT IS ORDERED AND NOTICE IS GIVEN that a hearing on the matter below shall be set by the court in a separate Notice of Hearing which may be enclosed with this Order.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re )
) Case No._____
)
) MOTION AND NOTICE OF INTENT
) TO SETTLE AND COMPROMISE,
) **AND ORDER THEREON**
Debtor(s) )

    The undersigned trustee, _____, moves to settle and compromise the following described dispute upon the following terms:

###

DATE: _____ _____
Trustee

Service Address: _____

_____

Name of Attorney for Trustee: _____

Service Address: _____

_____