```
                         United States Bankruptcy Court
                               District of Oregon
In re:                                                           Case No. 15-35133-rld
Elbert G Garboden                                                Chapter 7
Sherry L Garboden
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0979-3          User: Admin.                Page 1 of 1            Date Rcvd: Feb 09, 2016
                              Form ID: pdf018             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2016.
db/jdb        +Elbert G Garboden,    Sherry L Garboden,    12054 Chapin Court,    Oregon City, OR 97045-3989
cr            +CitiMortgage, Inc.,   C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
cr            +Wells Fargo Bank N.A. dba Wells Fargo Dealer Servi,     P.O. Box 3569,
                Rancho Cucamonga, CA 91729-3569
101096465      Bank of America,    PO Box 650070,    Dallas, TX 75265-0070
101096466      Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
101096468      Citi Mortgage,    PO Box 689196,    Des Moines, IA 50368-9196
101096469      Firestone/Credit First NA,    PO Box 81344,   Cleveland, OH 44188-0344
101096470      Home Depot Credit Services,    PO Box 78011,   Phoenix, AZ 85062-8011
101096474     +OnPoint Credit Union,    PO Box 3750,   Portland, OR 97208-3750
101096476      Wells Fargo Card Services,    PO Box 30086,   Los Angeles, CA 90030-0086
101096477      Wells Fargo Dealer Services,    PO Box 25341,   Santa Ana, CA 92799-5341
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ZyCredit.A.User@lesschwab.com Feb 10 2016 00:50:45
                Les Schwab Tire Centers of Portland Inc,    POB 5350,   Bend, OR 97708-5350
101096467      E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2016 00:52:40      Chevron/Synchrony Bank,
                PO Box 530950,    Atlanta, GA 30353-0950
101096471      E-mail/Text: cio.bncmail@irs.gov Feb 10 2016 00:50:13     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
101096472     +E-mail/Text: ZyCredit.A.User@lesschwab.com Feb 10 2016 00:50:45      Les Schwab,    PO Box 5350,
                Bend, OR 97708-5350
101096473     +E-mail/Text: bankruptcy.revenue@oregon.gov Feb 10 2016 00:50:01      ODR,
                955 Center Street, NE Room 353,    Attn: Bankruptcy Unit,   Salem, OR 97301-2555
101096475      E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2016 00:52:32      Phillips 66 Co/SYNCB,
                PO Box 530942,    Atlanta, GA 30353-0942
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2016 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

IT IS ORDERED AND NOTICE IS GIVEN that a hearing on the matter below shall be set by the court in a separate Notice of Hearing which may be enclosed with this Order.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re )
**Elbert Garboden** ) Case No. **15-35133-rld7**
**Sherry Garboden** )
) MOTION AND NOTICE OF INTENT
) TO SETTLE AND COMPROMISE,
) **AND ORDER THEREON**
Debtor(s) )

The undersigned trustee, **Amy Mitchell**, moves to settle and compromise the following described dispute upon the following terms:

The Debtors own real property at 12054 Chapin Ct., Oregon City OR (the "Real Property"). The Debtors may assert an exemption in the Real Property. There is no non-exempt equity in the Real Property. Turning Leaf Homes III, LLC ("Turning Leaf") offered to purchase the Bankruptcy Estate's interest in the Real Property, subject to all liens and interests of third parties. The Trustee is willing to transfer the Estate's interest in the Real Property "as is, where is" and subject to all liens and interests, but the Trustee cannot convey the Real Property without addressing the Debtors' potential exemption.

To settle this matter, the Debtors waive all available exemption in the Real Property as to the Bankruptcy Estate for the sole purpose of Turning Leaf acquiring the Real Property. In exchange for this waiver, Turning Leaf will pay the Debtors $5,000. In addition, Turning Leaf will pay Debtor's attorney $1,000 for Debtor's legal fees associated with this transaction. Turning Leaf will pay the Bankruptcy Estate $5,000, upon approval of this settlement, for all of the Estate's interest in the Real Property, subject to any liens and/or interests of third parties. This settlement will generate funds for the Estate from an asset that would likely be abandoned absent the Debtors' exemption waiver and Turning Leaf's offer.

NOTE: After the Court enters this settlement notice, Trustee will serve the notice on all remaining lienholders for the Real Property.

###

DATE: __2/8/16__                    /s/ Amy Mitchell
                                                            Trustee

Service Address: PO Box 2289

Lake Oswego, OR 97035

Name of Attorney for Trustee: None

Service Address: N/A

761.2 (12/18/06) **Page 2 of 2**