Amy Mitchell, Trustee
P.O. Box 2289
Lake Oswego, OR 97035
(503) 675-9955
(503) 675-9977 fax
mitchelltrustee@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Elbert Garboden**<br>**Sherry Garboden**<br><br><br>Debtors | Case No. **15-35133-rld7**<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE**<br>**[Re: Trustee's Motion to Settle and Compromise and Order Thereon**<br>**(Doc. 21) and Notice of Hearing (Doc. 21-1)]** |

I certify that I have caused the Trustee's Motion to Settle and Compromise and Order and Notice Thereon (Doc. 21) and Notice of Telephone Hearing (Doc. 21-1) entered on February 9, 2016, to be served on all remaining potential lienholders of the property subject to the settlement notice (including lienholders identified on the Debtors' schedules and the lienholders as listed on the deeds of trust in the real property records of the respective counties):

<u>**By Certified Mail [(per FRBP 7004(h)]**</u>

| | |
|---|---|
| **Bank of America**<br>Brian Moynihan, CEO and President<br>100 N. Tryon St.<br>Charlotte, NC 28202 | **Citimortgage, Inc.**<br>Jane Fraser, CEO<br>PO Box 6243<br>Sioux Falls, SD 57117 |

SUPPLEMENTAL CERTIFICATE OF SERVICE – PAGE 1 OF 2

**By First Class Mail [(per FRBP 7004(b)(3) or (h)(1)]**

| **Clackamas County Tax Assessor**<br>150  Beavercreek Road<br>Oregon City, OR 97045 | |

DATED: February 26, 2016

_/s/ Amy Mitchell_____
Amy Mitchell, Trustee