Amy Mitchell, Trustee
P.O. Box 2289
Lake Oswego, OR 97035
(503) 675-9955
(503) 675-9977 fax
mitchelltrustee@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re
    **Elbert Garboden**
    **Sherry Garboden**

Debtors

Case No. **15-35133-rld7**

**SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE**
**[Re: Trustee's Motion to Settle and Compromise and Order Thereon (Doc. 21) and Notice of Hearing (Doc. 21-1)]**

    I certify that I have caused the Trustee's Motion to Settle and Compromise and Order and Notice Thereon (Doc. 21) and Notice of Telephone Hearing (Doc. 21-1) entered on February 9, 2016, to be served on all remaining potential lienholders of the property subject to the settlement notice (including lienholders identified on the Debtors' schedules and the lienholders as listed on the deeds of trust in the real property records of the respective counties):

### By Certified Mail [(per FRBP 7004(h)]

- Bank of New York Mellon, Gerald Hassell, CEO, 225 Liberty St., New York, NY 10286

DATED: February 29, 2016

                  _/s/ Amy Mitchell_____
                  Amy Mitchell, Trustee