| 04/12/2016 | TUESDAY | Judge Randall L. Dunn |
|---|---|---|

10:00   15-35133 rld 7   bk   **Elbert G Garboden and Sherry L Garboden**

**Motion to Settle & Compromise (21)**

Elbert G Garboden - db
Sherry L Garboden - jdb
Amy E Mitchell - tr

~~KACHELLE A BAXTER~~

Evidentiary Hearing:   Yes: ☐   No: ☒

no objs

Ct will approve settlement as noticed
Ms Mitchell to submit an order

Order to be prepared by:  ☐ Clerk's Office  ☐ Chamber  ☒ Ms Mitchell

DOCKET ENTRY:

Run Date:   04/12/16