Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re | |
|---|---|
| **Elbert Garboden** <br> **Sherry Garboden** <br><br> Debtors | Case No. **15-35133-rld7** <br><br> **ORDER APPROVING MOTION TO SETTLE AND COMPROMISE** |

This matter came before the Court for telephonic hearing on April 12, 2016. The Trustee, Amy Mitchell, appeared. Ms. Garboden also appeared. Based on the record of the hearing, it is

ORDERED that the Trustee's Motion to Settle and Compromise (docketed at #21) is approved.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

\_/s/ Amy Mitchell_____
Amy Mitchell, Trustee

ORDER APPROVING SETTLEMENT – Page 1

## List of Parties to Receive Copy of Order
*In re Garboden*
Case No. 15-35133-rld7

**Via regular mail:**

    Les Schwab Tire Centers of Portland Inc
    POB 5350
    Bend, OR 97708

    Wells Fargo Bank N.A.
    dba Wells Fargo Dealer Services
    P.O. Box 3569
    Rancho Cucamonga, CA 91729

**Via ecf:**

- Jesse Baker: ecforb@aldridgepite.com, JPB@ecf.inforuptcy.com, jbaker@aldridgepite.com
- Kachelle Baxter: kachelle@baxterlaw.com, kirsten@baxterlaw.com, docket@baxterlaw.com
- Lisa McMahon-Myhran: lmcmahon@robinsontait.com, ncarson@robinsontait.com, ssears@robinsontait.com, sjosephson@robinsontait.com
- Amy Mitchell: mitchelltrustee@comcast.net, amitchell@ecf.epiqsystems.com
- US Trustee, Portland: USTPRegion18.PL.ECF@usdoj.gov