```
                         United States Bankruptcy Court
                               District of Oregon
In re:                                                            Case No. 15-35133-rld
Elbert G Garboden                                                 Chapter 7
Sherry L Garboden
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0979-3          User: Admin.                 Page 1 of 1                  Date Rcvd: Apr 14, 2016
                              Form ID: pdf018              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2016.
db/jdb         +Elbert G Garboden,    Sherry L Garboden,   16102 NE San Rafael,    Portland, OR 97230-5254
cr             +Wells Fargo Bank N.A. dba Wells Fargo Dealer Servi,    P.O. Box 3569,
                 Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ZyCredit.A.User@lesschwab.com Apr 15 2016 00:10:38
                 Les Schwab Tire Centers of Portland Inc,    POB 5350,    Bend, OR 97708-5350
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2016 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0
```

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re

**Elbert Garboden**
**Sherry Garboden**

Debtors

Case No. **15-35133-rld7**

**ORDER APPROVING MOTION
TO SETTLE AND COMPROMISE**

This matter came before the Court for telephonic hearing on April 12, 2016. The Trustee, Amy Mitchell, appeared. Ms. Garboden also appeared. Based on the record of the hearing, it is

ORDERED that the Trustee's Motion to Settle and Compromise (docketed at #21) is approved.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

_/s/ Amy Mitchell_____
Amy Mitchell, Trustee

ORDER APPROVING SETTLEMENT – Page 1

## List of Parties to Receive Copy of Order
*In re Garboden*
Case No. 15-35133-rld7

**Via regular mail:**

Les Schwab Tire Centers of Portland Inc
POB 5350
Bend, OR 97708

Wells Fargo Bank N.A.
dba Wells Fargo Dealer Services
P.O. Box 3569
Rancho Cucamonga, CA 91729

**Via ecf:**

- Jesse Baker: ecforb@aldridgepite.com, JPB@ecf.inforuptcy.com, jbaker@aldridgepite.com
- Kachelle Baxter: kachelle@baxterlaw.com, kirsten@baxterlaw.com, docket@baxterlaw.com
- Lisa McMahon-Myhran: lmcmahon@robinsontait.com, ncarson@robinsontait.com, ssears@robinsontait.com, sjosephson@robinsontait.com
- Amy Mitchell: mitchelltrustee@comcast.net, amitchell@ecf.epiqsystems.com
- US Trustee, Portland: USTPRegion18.PL.ECF@usdoj.gov

ORDER APPROVING SETTLEMENT – Page 2