UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

In re: §
§
Elbert G Garboden § Case No. 15-35133-RLD7
Sherry L Garboden §
§
Debtors §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2015 . The undersigned trustee was appointed on 10/31/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 5,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 30.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,970.00 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/10/2016 and the deadline for filing governmental claims was 05/10/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 27.73 , for total expenses of $ 27.73 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/28/2016     By: /s/AMY MITCHELL
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 15-35133 RLD | Judge: Randall L. Dunn | Trustee Name: | AMY MITCHELL |
| Case Name: | Elbert G Garboden | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | Sherry L Garboden | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 06/28/2016 | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property<br><br>12054 Chapin Court, Oregon City, OR 97045 Value per zillow (does not account for repairs needed: roof and floors) Debtors waived exemption for Estate to convey its interest to Turning Leaf Homes for $5,000 and payment to Debtors of $5,000 plus $1,000 for Debtors' attorney fees. | 324,015.00 | 0.00 | | 5,000.00 | FA |
| 2. Cash | 275.00 | 0.00 | | 0.00 | FA |
| 3. Financial Account<br><br>Wells Fargo<br>Balance at filing $4,388.03 | 4,290.00 | 0.00 | | 0.00 | FA |
| 4. Financial Account<br><br>OnPoint Credit Union savings<br>Balance at filing $414.26 | 9.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods & Electronics | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Books, Artwork & Knick Knacks | 200.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Firearms<br><br>30/40 Craig 1898 Springfield Army Rifle $700 | 700.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies<br><br>Term Life Insurance through W's employer (no value) | 0.00 | 0.00 | | 0.00 | FA |
| 11. Retirement Account<br><br>First Interstate retirement (estimate) | 84,206.00 | 0.00 | | 0.00 | FA |
| 12. Retirement Account<br><br>Wells Fargo 401(k) (estimate) | 159,022.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-35133 | RLD | Judge: | Randall L. Dunn | Trustee Name: | AMY MITCHELL |
| Case Name: | Elbert G Garboden | | | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | Sherry L Garboden | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 06/28/2016 | | | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Pension<br><br>PERS Monthly net: $2924.68 | 0.00 | 0.00 | | 0.00 | FA |
| 14. Tax Refunds<br><br>Potential 2015 Tax Refund (unknown) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Wages | 0.00 | 0.00 | | 0.00 | FA |
| 16. Wages | 0.00 | 0.00 | | 0.00 | FA |
| 17. Vehicle<br><br>1999 Ford Expedition V8 (158k miles est) | 2,435.00 | 0.00 | | 0.00 | FA |
| 18. Vehicle<br><br>2006 Mazda 5 (175k miles est) | 2,645.00 | 0.00 | | 0.00 | FA |
| 19. Trailer<br><br>2010 Open Range Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 20. Misc.<br><br>Tires and Brakes | 1,336.45 | 0.00 | | 0.00 | FA |
| 21. Animals<br><br>2 pet dogs not used for breeding (no value) | 0.00 | 0.00 | | 0.00 | FA |
| 22. Preference<br><br>Payments to Bank of America<br>Regular monthly payments to secured creditor (home). Ordinary course. | 6,934.92 | 0.00 | | 0.00 | FA |
| 23. Preference<br><br>Payments to Citi Mortgage<br>Regular monthly payments to secured creditor (home - second). Ordinary course. | 1,697.85 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-35133 | RLD | Judge: | Randall L. Dunn | Trustee Name: | AMY MITCHELL |
| Case Name: | Elbert G Garboden | | | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | Sherry L Garboden | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 06/28/2016 | | | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Preference<br><br>Payments to Wells Fargo Card Service<br>Regular monthly payments to unsecured creditor (cc - minimum). Ordinary course. | 1,668.21 | 0.00 | | 0.00 | FA |
| 25. Preference<br><br>Payments to Bank of America<br>Regular monthly payments to unsecured creditor (cc - minimum). Ordinary course. | 1,158.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $593,592.43   $0.00   $5,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/2016     Current Projected Date of Final Report (TFR): 12/15/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-35133
Case Name: Elbert G Garboden
Sherry L Garboden
Taxpayer ID No: XX-XXX7324
For Period Ending: 06/28/2016

Trustee Name: AMY MITCHELL
Bank Name: Union Bank
Account Number/CD#: XXXXXX7569
Checking
Blanket Bond (per case limit): $65,574,033.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/16 | 1 | Turning Leaf Homes | Real Estate Proceeds | 1110-000 | $5,000.00 | | $5,000.00 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,985.00 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,970.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,000.00 | $30.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $30.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $5,000.00 $30.00

Case 15-35133-rld7    Doc 41    Filed 09/19/16

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7569 - Checking | $5,000.00 | $30.00 | $4,970.00 |
|  | $5,000.00 | $30.00 | $4,970.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-35133-RLD7  
Debtor Name: Elbert G Garboden  
Claims Bar Date: 5/10/2016  
Date: June 29, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | AMY MITCHELL<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Administrative | | $0.00 | $1,250.00 | $1,250.00 |
| 100 2200 | AMY MITCHELL<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Administrative | | $0.00 | $27.73 | $27.73 |
| 1A 280 5800 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | | $8,791.26 | $7,087.26 | $7,087.26 |
| 2 300 7100 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Home Depot/Citibank | $132.22 | $160.37 | $160.37 |
| 3 300 7100 | CREDIT FIRST NA<br>P O Box 818011<br>Cleveland, OH 44181 | Unsecured | Firestone | $852.55 | $903.53 | $903.53 |
| 4 300 7100 | ONPOINT COMMUNITY CREDIT UNION<br>PO Box 3750<br>Portland, OR 97208 | Unsecured | vehicle deficiency - 2010 trailer | $16,700.00 | $2,470.91 | $2,470.91 |
| 5 300 7100 | ONPOINT COMMUNITY CREDIT UNION<br>PO Box 3750<br>Portland, OR 97208 | Unsecured | unsecured line of credit | $4,719.06 | $4,749.79 | $4,749.79 |
| 6 300 7100 | Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306 | Unsecured | | $24,824.10 | $24,970.73 | $24,970.73 |
| 7 300 7100 | Portfolio Recovery Associates, LLC<br>C/O Chevron And Texaco Credit Card<br>POB 12914<br>Norfolk Va 23541 | Unsecured | Chevron/Texaco | $2,183.07 | $2,183.07 | $2,183.07 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-35133-RLD7  
Date: June 29, 2016  
Debtor Name: Elbert G Garboden  
Claims Bar Date: 5/10/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Portfolio Recovery Associates, LLC<br>C/O 76 Personal Credit Card<br>POB 12914<br>Norfolk VA 23541 | Unsecured | Phillips 76 | $746.37 | $764.28 | $764.28 |
| 1B<br>380<br>7300 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Unsecured | penalty | $8,791.26 | $7,087.26 | $7,087.26 |
| | Case Totals | | | $67,739.89 | $51,654.93 | $51,654.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-35133-RLD7
Case Name: Elbert G Garboden
　　　　　　 Sherry L Garboden
Trustee Name: AMY MITCHELL

　　　　　　Balance on hand　　　　　　　　　　　　　　　　　$　　　　　4,970.00

　　Claims of secured creditors will be paid as follows:

NONE

　　Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: AMY MITCHELL | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: AMY MITCHELL | $ 27.73 | $ 0.00 | $ 27.73 |

　　　Total to be paid for chapter 7 administrative expenses　　　$　　　　1,277.73

　　　Remaining Balance　　　　　　　　　　　　　　　　　　　$　　　　3,692.27

　　Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,087.26 must be paid in advance of any dividend to general (unsecured) creditors.

　　　Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | $ 7,087.26 | $ 0.00 | $ 3,692.27 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 3,692.27 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,202.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PYOD LLC | $ 160.37 | $ 0.00 | $ 0.00 |
| 3 | CREDIT FIRST NA | $ 903.53 | $ 0.00 | $ 0.00 |
| 4 | ONPOINT COMMUNITY CREDIT UNION | $ 2,470.91 | $ 0.00 | $ 0.00 |
| 5 | ONPOINT COMMUNITY CREDIT UNION | $ 4,749.79 | $ 0.00 | $ 0.00 |
| 6 | Wells Fargo Card Services | $ 24,970.73 | $ 0.00 | $ 0.00 |
| 7 | Portfolio Recovery Associates, LLC | $ 2,183.07 | $ 0.00 | $ 0.00 |
| 8 | Portfolio Recovery Associates, LLC | $ 764.28 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 7,087.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | INTERNAL REVENUE SERVICE | $ 7,087.26 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00