Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
 ) Case No. **15-35133-rld7**
 **Garboden, Elbert G** )
 **Garboden, Sherry L** ) ORDER ALLOWING PROFESSIONAL
 ) COMPENSATION & EXPENSES; AND
 ) DIRECTING DISTRIBUTION OF ASSETS
Debtor(s) )

The trustee's final report having either come on for hearing, or the creditors having waived their opportunity for a hearing after due notice, or the NET proceeds realized were insufficient to require a final notice; now therefore,

IT IS ORDERED that the following court costs, and professional compensation and expenses, are specifically allowed by the court:

| | |
|---|---:|
| COURT COSTS | **0.00** |
| **AMY MITCHELL, Trustee Compensation** | **1,250.00** |
| **AMY MITCHELL, Trustee Expenses** | **27.73** |

IT IS FURTHER ORDERED that the trustee pay the claims allowed against the estate, pursuant to 11 U.S.C. §726, from the balance of estate assets.

###

740.3 (3/1/16)