UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

In re: §
§
Elbert G Garboden § Case No. 15-35133-RLD7
Sherry L Garboden §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

AMY MITCHELL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 270,132.26

Total Distributions to Claimants: 3,692.27

Claims Discharged
Without Payment: 390,743.92

Total Expenses of Administration: 1,307.73

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 329,307.20 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,307.73 | 1,307.73 | 1,307.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,791.26 | 7,087.26 | 7,087.26 | 3,692.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,700.42 | 43,289.94 | 43,289.94 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 411,798.88 | $ 51,684.93 | $ 51,684.93 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 10/31/2015 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2016           By:/s/AMY MITCHELL
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property | 1110-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 650070 Dallas, TX 75265-0070 | | 264,674.24 | NA | NA | 0.00 |
| | Citi Mortgage PO Box 689196 Des Moines, IA 50368-9196 | | 60,172.35 | NA | NA | 0.00 |
| | Les Schwab PO Box 5350 Bend, OR 97708 | | 1,336.45 | NA | NA | 0.00 |

Case 15-35133-rld7    Doc 45    Filed 01/10/17

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Dealer Services PO Box 25341 Santa Ana, CA 92799-5341 | | 3,124.16 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 329,307.20** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMY MITCHELL | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| AMY MITCHELL | 2200-000 | NA | 27.73 | 27.73 | 27.73 |
| Union Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,307.73** | **$ 1,307.73** | **$ 1,307.73** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ODR 955 Center Street, NE Room 353 Attn: Bankruptcy Unit Salem, OR 97301 | | 0.00 | NA | NA | 0.00 |
| 1A | INTERNAL REVENUE SERVICE | 5800-000 | 8,791.26 | 7,087.26 | 7,087.26 | 3,692.27 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 8,791.26 | $ 7,087.26 | $ 7,087.26 | $ 3,692.27 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | 14,751.79 | NA | NA | 0.00 |
| 3 | CREDIT FIRST NA | 7100-000 | 852.55 | 903.53 | 903.53 | 0.00 |
| 4 | ONPOINT COMMUNITY CREDIT UNION | 7100-000 | 16,700.00 | 2,470.91 | 2,470.91 | 0.00 |
| 5 | ONPOINT COMMUNITY CREDIT UNION | 7100-000 | 4,719.06 | 4,749.79 | 4,749.79 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 2,183.07 | 2,183.07 | 2,183.07 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 746.37 | 764.28 | 764.28 | 0.00 |
| 2 | PYOD LLC | 7100-000 | 132.22 | 160.37 | 160.37 | 0.00 |
| 6 | Wells Fargo Card Services | 7100-000 | 24,824.10 | 24,970.73 | 24,970.73 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 7300-000 | 8,791.26 | 7,087.26 | 7,087.26 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 73,700.42 | $ 43,289.94 | $ 43,289.94 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-35133 | RLD | Judge: | Randall L. Dunn | Trustee Name: | AMY MITCHELL |
| Case Name: | Elbert G Garboden | | | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | Sherry L Garboden | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 12/20/2016 | | | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Real Property<br><br>12054 Chapin Court, Oregon City, OR 97045 Value per zillow (does not account for repairs needed: roof and floors) Debtors waived exemption for Estate to convey its interest to Turning Leaf Homes for $5,000 and payment to Debtors of $5,000 plus $1,000 for Debtors' attorney fees. | 324,015.00 | 0.00 | | 5,000.00 | FA |
| 2. Cash | 275.00 | 0.00 | | 0.00 | FA |
| 3. Financial Account<br><br>Wells Fargo<br>Balance at filing $4,388.03 | 4,290.00 | 0.00 | | 0.00 | FA |
| 4. Financial Account<br><br>OnPoint Credit Union savings<br>Balance at filing $414.26 | 9.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods & Electronics | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Books, Artwork & Knick Knacks | 200.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Firearms<br><br>30/40 Craig 1898 Springfield Army Rifle $700 | 700.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies<br><br>Term Life Insurance through W's employer (no value) | 0.00 | 0.00 | | 0.00 | FA |
| 11. Retirement Account<br><br>First Interstate retirement (estimate) | 84,206.00 | 0.00 | | 0.00 | FA |
| 12. Retirement Account<br><br>Wells Fargo 401(k) (estimate) | 159,022.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-35133 | RLD | Judge: | Randall L. Dunn | Trustee Name: | AMY MITCHELL |
| Case Name: | Elbert G Garboden | | | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | Sherry L Garboden | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 12/20/2016 | | | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Pension<br><br>PERS Monthly net: $2924.68 | 0.00 | 0.00 | | 0.00 | FA |
| 14. Tax Refunds<br><br>Potential 2015 Tax Refund (unknown) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Wages | 0.00 | 0.00 | | 0.00 | FA |
| 16. Wages | 0.00 | 0.00 | | 0.00 | FA |
| 17. Vehicle<br><br>1999 Ford Expedition V8 (158k miles est) | 2,435.00 | 0.00 | | 0.00 | FA |
| 18. Vehicle<br><br>2006 Mazda 5 (175k miles est) | 2,645.00 | 0.00 | | 0.00 | FA |
| 19. Trailer<br><br>2010 Open Range Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 20. Misc.<br><br>Tires and Brakes | 1,336.45 | 0.00 | | 0.00 | FA |
| 21. Animals<br><br>2 pet dogs not used for breeding (no value) | 0.00 | 0.00 | | 0.00 | FA |
| 22. Preference<br><br>Payments to Bank of America<br>Regular monthly payments to secured creditor (home). Ordinary course. | 6,934.92 | 0.00 | | 0.00 | FA |
| 23. Preference<br><br>Payments to Citi Mortgage<br>Regular monthly payments to secured creditor (home - second). Ordinary course. | 1,697.85 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-35133 | RLD | Judge: | Randall L. Dunn | Trustee Name: | AMY MITCHELL |
| Case Name: | Elbert G Garboden | | | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | Sherry L Garboden | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 12/20/2016 | | | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Preference<br><br>Payments to Wells Fargo Card Service<br>Regular monthly payments to unsecured creditor (cc - minimum). Ordinary course. | 1,668.21 | 0.00 | | 0.00 | FA |
| 25. Preference<br><br>Payments to Bank of America<br>Regular monthly payments to unsecured creditor (cc - minimum). Ordinary course. | 1,158.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $593,592.43 | $0.00 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/2016    Current Projected Date of Final Report (TFR): 12/15/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case 15-35133-rld7    Doc 45    Filed 01/10/17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-35133 | Trustee Name: | AMY MITCHELL | |
| Case Name: | Elbert G Garboden | Bank Name: | Union Bank | |
| | Sherry L Garboden | Account Number/CD#: | XXXXXX7569 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7324 | Blanket Bond (per case limit): | $65,574,033.00 | |
| For Period Ending: | 12/20/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/16 | 1 | Turning Leaf Homes | Real Estate Proceeds | 1110-000 | $5,000.00 | | $5,000.00 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,985.00 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,970.00 |
| 11/15/16 | 101 | AMY MITCHELL<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,720.00 |
| 11/15/16 | 102 | AMY MITCHELL<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $27.73 | $3,692.27 |
| 11/15/16 | 103 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Final distribution to claim 1 representing a payment of 52.10 % per court order. | 5800-000 | | $3,692.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Page Subtotals: $5,000.00 $5,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7569 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $5,000.00 |
| **Total Gross Receipts:** | $5,000.00 |

Page Subtotals: $0.00 $0.00