DTC (3/5/09) ljr

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 10, 2017

Clerk, U.S. Bankruptcy Court

BY **ljr** DEPUTY

In re
**Elbert G Garboden**
**Sherry L Garboden**
Debtor(s)

)
)
) Case No. **15–35133–rld7**
)
) ORDER DISCHARGING
) TRUSTEE AND
) CLOSING CASE
)
)

The trustee of the above debtor's estate, if one has been appointed, has:

1. (If Chapter 7 case) either filed a report of no assets or reduced the property and effects of the debtor's estate to cash;

2. Fully administered any estate funds and property on hand; and

3. Performed all other and further duties required to date in the administration of said estate.

**IT IS THEREFORE ORDERED** that, if a trustee has been appointed, upon filing any final report or account required by the UST, and without further court order, the trustee shall be discharged as the trustee of the debtor's estate.

**IT IS FURTHER ORDERED** that this case is closed; the case will be closed only for administrative purposes if this case was dismissed; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

Clerk, U.S. Bankruptcy Court